UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.:  2:26-cv-01623

MARK WILLARD,

          Plaintiff,

v.

MARCO ESCAPES, INC.,

          Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

## (INJUNCTIVE RELIEF DEMANDED)

Plaintiff MARK WILLARD by and through it undersigned counsel, brings this Complaint against Defendant MARCO ESCAPES, INC. for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1.      Plaintiff MARK WILLARD ("Willard") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Willard's original copyrighted Work of authorship.

2.      Willard is a is a professional travel photographer based in Orlando, Florida, specializing in high-quality landscape, cityscape, and theme park photography.

3.      Defendant MARCO ESCAPES, INC. ("Marco Escapes") is a vacation rental company that offers high-end vacation homes on Marco Island and in the

Naples area, focusing on luxury, cleanliness, and elevated guest service.   At all times relevant herein, Marco Escapes owned and operated the internet website located at the URL http://marcoescapes.com (the "Website").

4.    Mark Willard alleges that Marco Escapes copied N's copyrighted Work from the internet in order to advertise, market and promote its business activities. Marco Escapes committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Marco Escapes' business.

## JURISDICTION AND VENUE

5.    This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.    This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.    Marco Escapes is subject to personal jurisdiction in Florida.

8.    Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Marco Escapes engaged in infringement in this district, Marco Escapes resides in this district, and Marco Escapes is subject to personal jurisdiction in this district.

## DEFENDANT

9.    Marco Escapes, Inc. is a Florida Corporation, with its principal place of business at 599 South Collier Boulevard, Suite 115, Marco Island, Florida, 34145, and can be served by serving its Registered Agent, Bradley Desq Bryant, at 370 12th Avenue South, Suite 100, Naples, Florida 34102.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

## THE COPYRIGHTED WORK AT ISSUE

10.    In 2013, Mark Willard created the photograph entitled "Christmas Ahoy!," which is shown below and referred to herein as the "Work."



11.    Mark Willard registered the Work with the Register of Copyrights on February 11, 2014 as part of a group registration.  The Group Registration was assigned registration number VA 1-903-430.  The Certificate of Registration is attached hereto as **Exhibit 1**.

12.    The Work in perspective, orientation, positioning, lighting, and other details is entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

13. At all relevant times Mark Willard was the owner of the copyrighted Work.

## INFRINGEMENT BY MARCO ESCAPES

14. Marco Escapes has never been licensed to use the Work for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Marco Escapes copied the Work.

16. On or about August 29, 2024, Mark Willard discovered the unauthorized use of it Work on the Website. Marco Escapes used the Work on the Website in a blog post titled "Sail Into Marco Island Brings the Christmas Parades!"

17. Marco Escapes copied 's copyrighted Work without 's permission.

18. After Marco Escapes copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

19. Marco Escapes copied and distributed 's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. Marco Escapes committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Mark Willard never gave Marco Escapes permission or authority to copy, distribute or display the Work for any purpose.

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

22.    Mark Willard notified Marco Escapes of the allegations set forth herein on July 31, 2025 and August 14, 2025.  To date, the parties have failed to resolve this matter.

COUNT I
**COPYRIGHT INFRINGEMENT**

23.    Mark Willard incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24.    Mark Willard owns a valid copyright in the Work.

25.    Mark Willard registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26.    Marco Escapes copied, displayed, and distributed the Work and made derivatives of the Work without 's authorization in violation of 17 U.S.C. § 501.

27.    Marco Escapes performed the acts alleged in the course and scope of its business activities.

28.    Defendant's acts were willful.

29.    Mark Willard has been damaged.

30.    The harm caused to Mark Willard has been irreparable.

WHEREFORE, the Plaintiff MARK WILLARD prays for judgment against the Defendant MARCO ESCAPES, INC. that:

a.    Marco Escapes and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily

5
**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

  b.  Marco Escapes be required to pay Mark Willard it actual damages and Defendant's profits attributable to the infringement, or, at 's election, statutory damages, as provided in 17 U.S.C. § 504;

  c.  Mark Willard be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

  d.  Mark Willard be awarded pre- and post-judgment interest; and

  e.  Mark Willard be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Mark Willard hereby demands a trial by jury of all issues so triable.

Dated: May 14, 2026      Respectfully submitted,

          */s/  Layla T. Nguyen*
          LAYLA T. NGUYEN
          Florida Bar Number: 1024723
          layla.nguyen@sriplaw.com
          JOEL B. ROTHMAN
          Florida Bar Number: 98220
          Joel.rothman@sriplaw.com

          **SRIPLAW, P. A.**
          21301 Powerline Road
          Suite 212
          Boca Raton, FL 33433
          561.826.6924 – Telephone
          561.404.4353 – Facsimile

          *Counsel for Plaintiff Mark Willard*